# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

————————————

No.  25-3472

————————————

Marella Bettina Mangum

Plaintiff - Appellant

v.

Meridian Property Management, LLC; Fargo North Dakota, Judicial System; Fremstad Law Firm

Defendants - Appellees

Appeal from U.S. District Court for the District of North Dakota - Eastern
(3:25-cv-00172-PDW)

---

**JUDGMENT**

Before KELLY, GRASZ, and KOBES, Circuit Judges.

This court has reviewed the original file of the United States District Court. It is ordered by the court that the motion to proceed on appeal in forma pauperis is granted and the judgment of the district court is summarily affirmed. See Eighth Circuit Rule 47A(a).

February 02, 2026

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Susan E. Bindler